UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

| | |
|---|---|
| TAXI-KASHTAN, LLC<br>Plaintiff,<br><br>v.<br><br>XO COMMUNICATIONS, LLC, *et al.*<br>Defendants. | Case No. 1:10 cv933 (AJT/TRJ) |

## STATEMENT REGARDING ANSWERS TO DEFENDANTS' FIRST INTERROGATORIES

I, Yaroslava Bruhtiy, President of Taxi-Kashtan, LLC, hereby state under penalty of perjury under the laws of the United States of America that my previous answers and supplemental answers to the Defendants' First Interrogatories are true and correct to the best of my knowledge and belief. The Plaintiff at this time has no knowledge of any other facts responsive to the Defendants' First Interrogatories other than the facts previously set forth in its answers and supplemental answers that have already been served upon the Defendants. Any newly discovered facts responsive to the Defendants' First Interrogatories will be promptly disclosed to the Defendants.

Executed on May 4, 2011.

_____
Yaroslava Bruhtiy